1  SEDGWICK LLP
   Michael F. Healy (State Bar No.095098)
2  michael.healy@sedgwicklaw.com
   Dennis E. Raglin (State Bar No. 179261)
3  dennis.raglin@sedgwicklaw.com
   333 Bush Street, 30th Floor
4  San Francisco, CA  94104
   Telephone:    415.781.7900
5  Facsimile:     415.781.2635

6  Attorneys for Defendant
   SYNTHES USA SALES, LLC

7

8                  UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10                       SACRAMENTO DIVISION

11

12 | DEBRA WILSON,                         | Case No. 2:10 CV-03434-LKK-KJM

13 |         Plaintiff,
   |     v.                                | **STIPULATION AND ORDER OF
14 |                                       | DISMISSAL WITH PREJUDICE**
   | SYNTHES and DOES 1 through 500,
15 |                                       | **[Fed.R.Civ.P. 41**]
   |         Defendant.
16

17

18

19

20     **IT IS HEREBY STIPULATED**, by and between the parties to this action, through their

21 designated counsel of record, that the above-captioned action be and hereby is dismissed with

22 prejudice pursuant to Rules 41(a)(1) and (2) of the Federal Rules of Civil Procedure.  Each party

23 hereto shall bear its own costs and attorneys' fees.

24 DATED: January 18, 2012                  MILLER LAW INC.

25

26                                          By:/s/John C. Miller, Jr.
                                                 JOHN C. MILLER, JR.
27                                               Attorneys for Plaintiff
                                                 DEBRA WILSON
28

1 | DATED: January 30, 2012          SEDGWICK LLP

                                     By: /s/Dennis E. Raglin
                                         MICHAEL F. HEALY
                                         DENNIS E. RAGLIN
                                         Attorneys for Defendant
                                         SYNTHES USA SALES, LLC

## ORDER

Pursuant to Stipulation, IT IS SO ORDERED.

Dated: January 31, 2012.

*[signature]*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT