1  SEDGWICK LLP
   Michael F. Healy (State Bar No.095098)
2  michael.healy@sedgwicklaw.com
   Dennis E. Raglin (State Bar No. 179261)
3  dennis.raglin@sedgwicklaw.com
   333 Bush Street, 30th Floor
4  San Francisco, CA  94104
   Telephone:    415.781.7900
5  Facsimile:    415.781.2635

6  Attorneys for Defendant
   SYNTHES USA SALES, LLC

7

8               UNITED STATES DISTRICT COURT

9               EASTERN DISTRICT OF CALIFORNIA

10              SACRAMENTO DIVISION

11

| | |
|---|---|
| 12  DEBRA WILSON,<br>13           Plaintiff,<br>14       v.<br>15  SYNTHES and DOES 1 through 500,<br>16           Defendant. | Case No. 2:10 CV-03434-LKK-KJM<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**<br><br>**[Fed.R.Civ.P. 41**] |

20     **IT IS HEREBY STIPULATED**, by and between the parties to this action, through their

21  designated counsel of record, that the above-captioned action be and hereby is dismissed with

22  prejudice pursuant to Rules 41(a)(1) and (2) of the Federal Rules of Civil Procedure.  Each party

23  hereto shall bear its own costs and attorneys' fees.

24  DATED: January 18, 2012              MILLER LAW INC.

25

26                                       By:/s/John C. Miller, Jr.
                                            JOHN C. MILLER, JR.
27                                          Attorneys for Plaintiff
                                            DEBRA WILSON
28

                                              -1-           Case No. 2:10 CV-03434-LKK-KJM
   **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**

1  DATED: January 30, 2012          SEDGWICK LLP

2
                                    By: /s/Dennis E. Raglin
3                                        MICHAEL F. HEALY
                                         DENNIS E. RAGLIN
4                                        Attorneys for Defendant
                                         SYNTHES USA SALES, LLC
5

6

7                              **ORDER**

8       Pursuant to Stipulation, IT IS SO ORDERED.

9

10  Dated: January 31, 2012.

11

12
                          LAWRENCE K. KARLTON
13                        SENIOR JUDGE
                          UNITED STATES DISTRICT COURT
14